UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH M. GALLO,

                          Plaintiff,

              -v.-

INTER-CON SECURITY,

                          Defendant.

20 Civ. 4879 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

On July 27, 2020, this Court issued an Order to Show Cause due to Plaintiff's failure to file a notice of appearance or otherwise prosecute this action. (Dkt. #9). On September 3, 2020, the Court received a notice of appearance from Plaintiff accompanied by a letter, explaining that Plaintiff had only just become aware of certain parts of this action and indicating that the Court had the incorrect address on file for Plaintiff. (Dkt. #11). The Court finds that Plaintiff's Notice of Appearance suffices as good cause and therefore dismisses the order to show cause.

Looking forward, the Court notes that Defendant has previously filed a letter seeking leave to file a motion to dismiss. (Dkt. #8). Given Defendant's intentions, the Court hereby CONVERTS the currently scheduled initial pretrial conference on **September 17, 2020, at 4:30 p.m.** to a pre-motion conference. If Plaintiff wishes to write a letter in response to Defendant's pre-motion letter, the Court asks that such a letter be sent so as to be received by no later than September 14, 2020.

SO ORDERED.

Dated:   September 4, 2020
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

*A copy of this Order was mailed by Chambers to:*

    Joseph M. Gallo
    922 Harrison Lane
    Warwick, PA 18974

2