UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED

OCT 1 5 2020

KATHERINE POLK FAILLA
U.S. DISTRICT JUDGE

_Joseph        Gaiio_
_____

Write the full name of each plaintiff.

2 o CV _4879 (KPF)_

(Include case number if one has been
assigned)

-against-

_INTER-CoN  SECURiTY SYSTEMS, iNC._
_____

_____

_____

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☒ Yes   ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒   **Federal Question**

☐   **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_AGE    AND   EMPLOYMENT   DISCRIMINATION_

_____

_____

_____

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of
              (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
    (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, *INTER -CON SECURITY SYSTEMS, INC.* is incorporated under the laws of

the State of *NEW YORK* _____

and has its principal place of business in the State of *CALIFORNIA* _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

*JosePH* _____ *GALLO* _____
First Name            Middle Initial       Last Name

*922 HARRISON LANE* _____
Street Address

*WARWICK* _____ *PA.* _____ *18974* _____
County, City              State           Zip Code

*(646) 761-5706* ____    *J.E.GALLO INVESTIGATIONS @ YAHOO*
Telephone Number          Email Address (if available)

Page 3

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:
_____

First Name                     Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                     State             Zip Code

Defendant 2:
_____

First Name                     Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                     State             Zip Code

Defendant 3:
_____

First Name                     Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                     State             Zip Code

Defendant 4: _____

           First Name              Last Name

           Current Job Title (or other identifying information)

           Current Work Address (or other address where defendant may be served)

           County, City           State           Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:  40 FOLEY SQUARE

Date(s) of occurrence:  SEPT 2015 — FEB. 2018

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

1. ON OR ABOUT MAY 2015 JOSEPH GANO UNDERWENT A MANDATORY MEDICAL EXAM, OF WHICH A SUPPLE-MENTAL MEDICAL WAS REQUESTED.

2. INTER-CON AND INTER-CONS DISTRICT SUPERVISOR ROBERT SOBOCIENSKI FAILED TO SIGN A PRE-AUTHORIZATION FORM FOR MEDICAL EXPENSES. THIS IS IN VIOLATION OF INTER-CONS STANDARD OPERATING PROCEDURES ORDER #14-03 DATED 8/12/14.

3. DISTRICT SUPERVISOR ROBERT SOBOCIENSKI DID NOT ONLY FAIL TO SIGN THE PRE-AUTHORIZATION FORM BUT THREATENED TO TERMINATE JOSEPH

GALLO's EMPLOYMENT, INTER-OFFICE MEMO's DATED 9/17/15 AND 9/22/15, STRESS TEST STARTED 9/25/15 AND EMPLOYMENT WAS TERMINATED 9/28/15

4. ON FEBRUARY 9, 2018 A AGREEMENT WAS REACHED WITH INTER-CON SECURITY IN FEDERAL COURT CASE #1:17 CV 03369-AKH

5. SEE ADDED PAGE

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

COURT COSTS - FEDERAL $400.00        1 YR. VACATION $6,700

        SUPREME COURT $218.00        1-YR. PAY $86,000

N.Y.S. DIV. CORPORATIONS $40.00        MEDICAL $1,250

SUMMONS SERVER - 2 DAYS $400.00

TRAVEL TO ALBANY $96.00

        TOTAL $1,140.00 - PLUS - TOTAL $93,950.00

JOSEPH GALLO                    20 CIV 4879 (KPF)

PAGE 6 CONTINUED

5. INTER-CON VIOLATED THAT AGREEMENT WHICH PROMPTED THE FILING OF A N.Y.S. SUPREME COURT DOCKET #100063/2020 FOR VIOLATING THE FEDERAL AGREEMENT.

6. I FOREFILLED ALL OF MY OBLIGATIONS FOR THE 2018 FEDERAL AGREEMENT WHICH INTER-CON DID NOT. FOR THIS REASON MY OLD FEDERAL CASE # 1:17-CV-03369 AKH SHOULD BE REINSTATED ALONG WITH MY NEW CASE FOR BREACH OF CONTRACT.

7. FACTS TO BE CONSIDER

1- EMPLOYEES THAT REACH THE 60'S ARE SINGLED OUT REGARDLESS OF GOOD OR POOR HEALTH TO SUBMIT TO A STRESS TEST.

2- OTHER EMPLOYEES WERE PUT ON MEDICAL LEAVE AND PUT BACK TO WORK AFTER THEY BECAME MEDICALLY QUALIFIED. I WAS NOT.

3- FIVE TO SIX EMPLOYEES FROM 40 FOLEY AND 500 PEARL ST. WERE PUT BACK TO WORK IN LESS THAN ONE YEAR AND RECEIVED A SETTLEMENT FROM INTER-CON

JOSEPH GALLO          20 CIV 4879 (KPF

PAGE 6 CONTINUED

4. MY RIGHTS AND AGREEMENTS WITH
   INTER-CON WERE ALL VIOLATED BOTH BY
   INTER-CON AND INTER-CONS DISTRICT
   SUPERVISOR ROBERT SOBOCIENSKI.

5. NOW AFTER FIVE YEARS INTER-CON
   IS STILL TRYING TO VIOLATE MY RIGHTS
   BY DISMISSING MY CASE.

6. MY AGREEMENT TO SETTLE THIS CASE
   FOR THE SUM LISTED ON PAGE SIX IS
   A SMALL AMOUNT CONSIDERING THE MENTAL
   ANGUISH THAT MY FAMILY AND I HAVE
   SUFFERED AT THE HANDS OF INTER-CON
   AND THEIR REPRESENTATIVES.

JOSEPH GANO
922 HARRISON LANE
WARWICK PA. 18974

RECEIVED
2020 OCT 12 PM 5: 05
U S DISTRICT COURT SDNY

JUDGE KATHERINE POLK FAILLA



RECEIVED
OCT 15 2020
KATHERINE POLK FAILLA
U.S. DISTRICT JUDGE
S.D.N.Y.