UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH M. GALLO,<br><br>                            Plaintiff,<br><br>              -v.-<br><br>INTER-CON SECURITY,<br><br>                            Defendant. | 20 Civ. 4879 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

In an Order dated November 2, 2020, the Court set forth a briefing schedule for Defendant's motion to dismiss in this matter, pursuant to which Defendant's opening papers were due on or before December 2, 2020; Plaintiff's opposing papers were due on or before January 18, 2021; and Defendant's reply was due on or before February 1, 2021.  (Dkt. #19).  The Court is in receipt of Defendant's opening papers in support of its motion to dismiss, which were filed on December 2, 2020.  (Dkt. #20-22).  However, the Court has not received any opposing papers from Plaintiff to date.

As Plaintiff is proceeding *pro se* in this matter, the Court will grant him an extension through **February 12, 2021**, to file any opposition to Defendant's motion to dismiss.  Defendant's reply will be due on or before **February 26, 2021**.  If Plaintiff does not submit his opposition by February 12, 2021, the Court will deem Defendant's motion unopposed.

SO ORDERED.

Dated:   January 26, 2021
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge