UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH M. GALLO,<br><br>                    Plaintiff,<br><br>            -v.-<br><br>INTER-CON SECURITY,<br><br>                    Defendant. | 20 Civ. 4879 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

On September 1, 2021, this Court dismissed Plaintiff's age discrimination claim with prejudice, and dismissed his breach of contract claim without prejudice. (*See* Dkt. #29). The Court granted Plaintiff leave to replead his breach of contract claim, provided he did so on or before September 29, 2021. (*Id.* at 26). If Plaintiff elected not to replead his breach of contract claim by the deadline, the Court previewed that it would dismiss the remainder of this case with prejudice. (*Id.*).

Plaintiff has not filed any further amended pleadings. As such, his case is hereby dismissed with prejudice. The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case. The Clerk of Court is further directed to mail a copy of this Order to Plaintiff at his address of record.

SO ORDERED.

Dated: October 12, 2021
       New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge