**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOSEPH M. GALLO,

                  Plaintiff,

    -against-                                        20 **CIVIL** 4879 (KPF)

## **JUDGMENT**

INTER-CON SECURITY,

                  Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 12, 2021, this Court dismissed Plaintiff's age discrimination claim with prejudice, and dismissed his breach of contract claim without prejudice on September 1, 202. The Court granted Plaintiff leave to replead his breach of contract claim, provided he did so on or before September 29, 2021. If Plaintiff elected not to replead his breach of contract claim by the deadline, the Court previewed that it would dismiss the remainder of this case with prejudice. Plaintiff has not filed any further amended pleadings. As such, his case is hereby dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
           October 12, 2021

                                                                       **RUBY J. KRAJICK**

                                                                       **Clerk of Court**

                          **BY:**         *K. Mango*

                                                                       **Deputy Clerk**